UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known **as** SUPER 8 MOTELS, INC., a South Dakota Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>ORLANDO LODGING ASSOCIATES, LLP, an Indiana Limited Liability Partnership; RAMAN PATEL, an individual; and DAMYANTI PATEL, an individual,<br><br>*Defendants*. | Civil Action No. 13-867 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the application of plaintiff, Super 8 Worldwide, by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Orlando Lodging Associates, LLP, Damyanti Patel, and Raman Patel, pursuant to Fed. R. Civ. P. 55(b)(2) [D.E. 8]; and in light of the fact that defendants submitted a letter to the Court on July 25, 2013 [D.E. 9]; and for good cause appearing,

**IT IS** on this 15th day of August 2013,

**ORDERED** that plaintiff's motion for final judgment by default [D.E. 8] is terminated; and it is further

**ORDERED** that the defendants shall have 15 days from the date of receipt of this order to answer plaintiff's complaint or otherwise move; and it is further

**ORDERED** that Orlando Lodging Associates, LLP shall obtain counsel as a corporation is not permitted to proceed *pro se* or by a representative or agent of the corporation but rather must be represented by counsel, *see Am. Corp. Soc. v. Valley Forge Ins. Co.*, 424 F. App'x 86,

1

87 n. 1 (3d Cir. 2011); *United States ex rel. Cherry Hill Convalescence Ctr. v. Healthcare Rehab Sys., Inc.*, 994 F. Supp. 244, 253 (D.N.J. 1997) (Kugler, J.) (citing *Simbraw v. United States of America,* 367 F.2d 373 (3d Cir. 1966)); and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this order to defendants via registered mail, return receipt.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.