**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SUPER 8 WORLDWIDE, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> ORLANDO LODGING ASSOCIATES, LLP, RAMAN PATEL, and DAMYANTI PATEL, <br><br> *Defendants*. | Civil Action No. 13-867 (KSH) (CLW) <br><br><br> **ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT AND ENTERING FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Orlando Lodging Associates, LLP, Damyanti Patel, and Raman Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and the Complaint in this matter having been filed on February 12, 2013, seeking damages as a result of the breach of a franchise agreement between SWI and Orlando Lodging Associates, LLP; and service of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in Winter Garden, Florida on March 6, 2013; and default having been re-entered by the Clerk of the Court on October 15, 2013 [D.E. 13.] against Defendants for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 15th day of October, 2013,

**ORDERED** that plaintiff's motion for final judgment by default [D.E. 8] is GRANTED; and it is further

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $153,282.74, comprised of the following:

    a)  $146,645.02 for Recurring Fees (principal plus prejudgment interest); and

    b)  $6,637.72 for attorneys' fees and costs.


/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.