UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUPER 8 WORLDWIDE, INC,

   *Plaintiff,*

 v.

ORLANDO LODGING ASSOCIATES, LLP, RAMAN PATEL, and DAMYANTI PATEL,

   *Defendants*.

Civil Action No. 13-867 (KSH) (CLW)

**ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT AND ENTERING FINAL JUDGMENT BY DEFAULT**

 This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Orlando Lodging Associates, LLP, Damyanti Patel, and Raman Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and the Complaint in this matter having been filed on February 12, 2013, seeking damages as a result of the breach of a franchise agreement between SWI and Orlando Lodging Associates, LLP; and service of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in Winter Garden, Florida on March 6, 2013; and default having been re-entered by the Clerk of the Court on October 15, 2013 [D.E. 13.] against Defendants for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

 **IT IS** on this 15th day of October, 2013,

**ORDERED** that plaintiff's motion for final judgment by default [D.E. 8] is GRANTED; and it is further

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $153,282.74, comprised of the following:

a) $146,645.02 for Recurring Fees (principal plus prejudgment interest); and

b) $6,637.72 for attorneys' fees and costs.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.